```
               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION
```

JASON RATCLIFF, et al.,  :
                         :  NO. 1:05-CV-00582
   Plaintiffs,           :
                         :  **OPINION AND ORDER**
                         :
  v.                     :
                         :
                         :
ERNIE MOORE, et al.,     :
                         :
   Defendants.           :

      This matter is before the Court on the Magistrate Judge's June 1, 2012 Report and Recommendation (doc. 251). In her Report and Recommendation, the Magistrate Judge recommends that Defendants' motion to dismiss be granted and this matter closed on the Court's docket.

      Proper Notice was given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections have been filed.

      Having reviewed this matter pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation thorough, well-reasoned, and correct. Accordingly, the Court hereby ADOPTS and AFFIRMS it in all respects (doc. 251), GRANTS Defendants' Motion to Dismiss (doc. 248), and CLOSES this case on

the Court's docket.

        SO ORDERED.

Dated: June 28, 2012        <u>s/S. Arthur Spiegel</u>
                                        S. Arthur Spiegel
                                        United States Senior District Judge